UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

### Case Number:  10-20115-CIV-MORENO

RANDALL J. FRAZIER,

      Plaintiff,

vs.

GOLDFARB-FISCHER NOVELTY, INC., a
Florida Corp. and PAUL ROSENFELD, an
individual,

      Defendants.

_____/



**CLOSED
CIVIL
CASE**

## FINAL ORDER OF DISMISSAL AND ORDER
## DENYING ALL PENDING MOTIONS AS MOOT

THIS CAUSE came before the Court upon the parties' Joint Motion to Approve Settlement Agreement and to Dismiss Case with Prejudice **(D.E. 11)**, filed **March 4, 2010**.

THE COURT has considered the notice and the pertinent portions of the record, and is otherwise fully advised in the premises.  It is

**ADJUDGED** that this Cause is **DISMISSED** with prejudice, with each party bearing its own fees and costs. Fed. R. Civ. P. 41(a)(1)(ii). The Court finds this settlement agreement to be fair and reasonable. Further, all pending motions are DENIED as MOOT with leave to renew if appropriate.

DONE AND ORDERED in Chambers at Miami, Florida, this 10th day of March, 2010.

_____
FEDERICO A. MORENO
CHIEF UNITED STATES DISTRICT JUDGE

Copies provided to:
Counsel of Record